**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GORDON JONES,**

**Plaintiff,**

**v.** **Case No. 8:26-cv-1614-JLB-AAS**

**GEOSPACE TECHNOLOGIES CORPORATION, and PARADIGM GROUP, INC.,**

**Defendants.**
______________________________________/

# ORDER

Plaintiff Gordon Jones requests an extension of time to serve the summons and complaint on Defendant Paradigm Group, Inc. (Paradigm), and to conduct substitute service. (Doc. 12). Defendant Geospace Technologies Corporation does not oppose the motion. (*Id.*, p. 5).

Federal Rule of Civil Procedure 4(h)(1)(A) permits a corporation to be served, in a judicial district of the United States, in the manner prescribed by Rule 4(e)(1) for serving an individual—that is, by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1). Because this action is pending in the Middle District of Florida and service is being made in Texas, Mr. Jones may rely on the service-of-process

law of either state. To date, Mr. Jones has been unable to serve Paradigm and requests that service be affected through the Texas Secretary of State under Tex. Bus. Orgs. Code §§ 5.251–.253.

Texas law provides a direct path to substitute service here. Every Texas filing entity must maintain a registered agent whose office "may not be solely a mailbox service or an answering service." Tex. Bus. Orgs. Code § 5.201. When, as here, a registered agent "cannot with reasonable diligence be found at the registered office of the entity," the Texas Secretary of State becomes that entity's agent for service of process as a matter of law. Tex. Bus. Orgs. Code § 5.251. Service is then completed by delivering duplicate copies of process, with the required fee, to the Secretary of State, *Id.* § 5.252(a), who forwards a copy to the defendant by certified mail at its address of record, *Id.* § 5.253.

Accordingly, Mr. Jones's motion (Doc. 12) is **GRANTED,** and he may conduct substitute service of the Summons and Complaint on Paradigm by **October 26, 2026**.

**ORDERED** in Tampa, Florida, on August 26, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge